# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN THE INT OF: A.D., A MINOR | : No. 91 MM 2014 |
| | : |
| | : |
| PETITION OF: J.M.D., MOTHER | : |
| | |
| IN THE INT OF: C.D., A MINOR | : No. 92 MM 2014 |
| | : |
| | : |
| PETITION OF: J.M.D., MOTHER | : |
| | |
| IN THE INT OF: K.D., A MINOR | : No. 93 MM 2014 |
| | : |
| | : |
| PETITION OF: J.M.D., MOTHER | : |
| | |
| IN THE INTEREST OF: K.R.D., A MINOR | : No. 94 MM 2014 |
| | : |
| | : |
| PETITION OF: J.M.D., MOTHER | : |
| | |
| IN THE INT OF:  A.M.D., A MINOR | : No. 95 MM 2014 |
| | : |
| | : |
| PETITION OF: J.M.D., MOTHER | : |
| | |
| IN THE INT OF: C.J.D., A MINOR | : No. 96 MM 2014 |
| | : |
| | : |
| PETITION OF: J.M.D., MOTHER | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 31st day of July, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.

A True Copy Elizabeth E. Zisk
As Of 7/31/2014

Attest: *Elizabeth Zisk*
Chief Clerk
Supreme Court of Pennsylvania

91-96 MM 2014 - 2